# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO | : | No. 437 |
| INTERBRANCH COMMISSION FOR | : | |
| GENDER, RACIAL AND ETHNIC | : | JUDICIAL ADMINISTRATION DOCKET |
| FAIRNESS | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 10th day of December, 2014, Jeanette H. Ho, Esquire, Designee of the Supreme Court, is hereby appointed as a member of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years commencing December 31, 2014.